IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Williams, James O | Case Number: 06 B 13963 |
| | Judge: Squires, John H |
| Printed: 7/8/08 | Filed: 10/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 20, 2008
Confirmed: February 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,149.80 | |
| Secured: | | 4,758.70 |
| Unsecured: | | 1,632.93 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 454.28 |
| Other Funds: | | 803.89 |
| Totals: | 9,149.80 | 9,149.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 1,500.00 | 1,500.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 22,895.07 | 3,344.70 |
| 4. | WFS Financial | Secured | 1,414.00 | 1,414.00 |
| 5. | Resurgent Capital Services | Unsecured | 739.32 | 739.32 |
| 6. | WFS Financial | Unsecured | 132.61 | 132.61 |
| 7. | Resurgent Capital Services | Unsecured | 190.22 | 190.22 |
| 8. | Cavalry Portfolio/Collection | Unsecured | 570.78 | 570.78 |
| 9. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 10. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 11. | Asset Acceptance | Unsecured | | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 13. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 14. | ACC Consumer Finance | Unsecured | | No Claim Filed |
| 15. | Premier Bankcard | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | LVNV Funding | Unsecured | | No Claim Filed |
| 18. | LVNV Funding | Unsecured | | No Claim Filed |
| 19. | Onyx Acceptance Corp | Unsecured | | No Claim Filed |
| 20. | Nicor Gas | Unsecured | | No Claim Filed |
| 21. | National City Bank | Unsecured | | No Claim Filed |
| 22. | RMA | Unsecured | | No Claim Filed |
| 23. | Shell Citibank | Unsecured | | No Claim Filed |
| 24. | Liberty Point Corp | Unsecured | | No Claim Filed |
| 25. | SBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Williams, James O

Printed: 7/8/08

Case Number:  06 B 13963
Judge: Squires, John H
Filed: 10/29/06

$ 27,442.00        $ 7,891.63

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 124.80 |
| 5.4% | 215.96 |
| 6.5% | 113.52 |
|  | $ 454.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____